**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 529 EAL 2014
:
                 Respondent     :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
        v.                     :
:
:
:
DARNELL LEE,                  :
:
                   Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.